IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON COMSTOCK, | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | NO. 10-3274 |
| | : | |
| v. | : | |
| | : | |
| RAYMOND LAWLER, et al., | : | |
| | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this 21st day of December 2011, upon consideration of the Petition for the Writ of Habeas Corpus (Doc. No. 1), Petitioner's Memorandum of Law (Doc. No. 14), the Report and Recommendation filed by United States Magistrate Judge Elizabeth T. Hey (Doc. No. 19), and the letter from the Office of the District Attorney of Northampton County dated December 21, 2011, it is ORDERED that:

1.      The Report and Recommendation is APPROVED and ADOPTED.

2.      The Petition for the Writ of Habeas Corpus (Doc. No. 1) filed pursuant to 28 U.S.C. § 2254 is UNCONDITIONALLY GRANTED.

3.      All outstanding motions are DENIED AS MOOT.

4.      The Clerk's Office shall close this case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.